**EXHIBIT A**

# Professionals Summary

| Name of Professional | Position | Year Admitted | Areas of Expertise | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **Partners** | | | | | | |
| Joyce, David E. | Partner | 1982 | Banking | $900.00 | 4.00 | $3,600.00 |
| Lauria, Thomas E | Partner | 1986 | Bankruptcy | $1,050.00 | 15.50 | $16,275.00 |
| Pryor, Gregory | Partner | 1989 | Securities | $950.00 | 18.20 | $17,290.00 |
| | | | **Partners** | **Total** | **37.70** | **$37,165.00** |
| **Counsel** | | | | | | |
| Greissman, Scott | Counsel | 1995 | Bankruptcy | $690.00 | 17.00 | $11,730.00 |
| Hamilton, Mark T. | Counsel | 1994 | Tax | $745.00 | 7.10 | $5,289.50 |
| | | | **Counsel** | **Total** | **24.10** | **$17,019.50** |
| **Associates** | | | | | | |
| Amalu, Nkiruka | Associate | | Securities | $365.00 | 25.10 | $9,161.50 |
| Begy, Lane E. | Associate | 2005 | Bankruptcy | $620.00 | 14.30 | $8,866.00 |
| Chu, Emily Y. | Associate | 2008 | Securities | $585.00 | 23.50 | $13,747.50 |
| Chun, Sebyul | Associate | 2008 | Litigation | $550.00 | 33.30 | $18,315.00 |
| Feld, Elizabeth | Associate | 2001 | Bankruptcy | $685.00 | 13.90 | $9,521.50 |
| Goldenberg, Steven | Associate | 2005 | Bankruptcy | $620.00 | 5.70 | $3,534.00 |

| Name of Professional | Position | Year Admitted | Areas of Expertise | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Kim, John | Associate | N/A | Litigation | $655.00 | 13.00 | $8,515.00 |
| McGill, Kevin M. | Associate | 2004 | Bankruptcy | $635.00 | 95.10 | $60,388.50 |
| Menendez, Fernando J. | Associate | 2004 | Bankruptcy | $665.00 | 128.10 | $85,186.50 |
| Nelson, Kristofor W. | Associate | | Bankruptcy | $365.00 | 71.20 | $25,988.00 |
| Resnicoff, Malka S. | Associate | 2005 | Bankruptcy | $620.00 | 30.30 | $18,786.00 |
| Shepherd, Michael C. | Associate | 2001 | Bankruptcy | $685.00 | 4.90 | $3,356.50 |
| Tarr, David | Associate | 2007 | Securities | $600.00 | 10.40 | $6,240.00 |
| | | | **Associates** | **Total** | **468.80** | **$271,606.00** |

## Legal Assistants

| Name of Professional | Position | Year Admitted | Areas of Expertise | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Fuhr, Mark B. | Senior Paralegal | N/A | Bankruptcy | $220.00 | 6.70 | $1,474.00 |
| | | | **Legal Assistants** | **Total** | **6.70** | **$1,474.00** |
| | | | | **Grand Total** | **537.30** | **$327,264.50** |