# EXHIBIT "A"

# Project Summary

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B01 Case Administration** | | | |
| BEGY, L | 0.10 | $620.00 | $62.00 |
| CHU, E Y | 3.80 | $585.00 | $2,223.00 |
| CHUN, S | 4.40 | $550.00 | $2,420.00 |
| FELD, E | 2.40 | $685.00 | $1,644.00 |
| FUHR, M | 6.70 | $220.00 | $1,474.00 |
| GREISSMAN, S | 8.00 | $690.00 | $5,520.00 |
| KIM, JS | 0.30 | $655.00 | $196.50 |
| LAURIA, T | 22.00 | $1,050.00 | $23,100.00 |
| MCGILL, K | 72.00 | $635.00 | $45,720.00 |
| MENENDEZ, F | 66.50 | $665.00 | $44,222.50 |
| NELSON, K | 44.70 | $365.00 | $16,315.50 |
| PRYOR, G | 15.00 | $950.00 | $14,250.00 |
| RESNICOFF, M | 0.20 | $620.00 | $124.00 |
| VENES, A | 1.60 | $220.00 | $352.00 |
| WILLIAMS, C | 1.70 | $295.00 | $501.50 |
| **Category Total** | **249.40** | | **$158,125.00** |

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B08 Financing** | | | |
| AMALU, N | 25.10 | $365.00 | $9,161.50 |
| BEGY, L | 14.20 | $620.00 | $8,804.00 |
| FELD, E | 11.50 | $685.00 | $7,877.50 |
| GOLDBERG, S | 5.70 | $620.00 | $3,534.00 |
| GREISSMAN, S | 9.00 | $690.00 | $6,210.00 |
| JOYCE, DE | 4.00 | $900.00 | $3,600.00 |
| KIM, JS | 7.30 | $655.00 | $4,781.50 |
| LAURIA, T | 6.70 | $1,050.00 | $7,035.00 |
| MCGILL, K | 0.40 | $635.00 | $254.00 |
| MENENDEZ, F | 32.50 | $665.00 | $21,612.50 |
| NELSON, K | 16.70 | $365.00 | $6,095.50 |
| PRYOR, G | 1.20 | $950.00 | $1,140.00 |
| TARR, D | 14.60 | $600.00 | $8,760.00 |
| **Category Total** | **148.90** | | **$88,865.50** |
| **B11 Fee and Employment Applications** | | | |
| BEGY, L | 4.30 | $620.00 | $2,666.00 |
| CHUN, S | 27.90 | $550.00 | $15,345.00 |
| GONZALEZ, E A | 7.60 | $365.00 | $2,774.00 |
| LAURIA, T | 0.30 | $1,050.00 | $315.00 |
| MCGILL, K | 21.80 | $635.00 | $13,843.00 |
| MENENDEZ, F | 7.60 | $665.00 | $5,054.00 |
| NELSON, K | 5.60 | $365.00 | $2,044.00 |
| RESNICOFF, M | 21.60 | $620.00 | $13,392.00 |
| SHEPHERD, M | 4.90 | $685.00 | $3,356.50 |
| **Category Total** | **101.60** | | **$58,789.50** |

|  | Hours | Rate | Amount |
|---|---|---|---|
| **B15 Disclosure Statement/ Plan of Reorganization** | | | |
| AMALU, N | 55.70 | $365.00 | $20,330.50 |
| BEGY, L | 13.40 | $620.00 | $8,308.00 |
| CHU, E Y | 115.80 | $585.00 | $67,743.00 |
| CHUN, S | 1.00 | $550.00 | $550.00 |
| CLARKE, J | 29.80 | $205.00 | $6,109.00 |
| CRUZ, I | 18.90 | $685.00 | $12,946.50 |
| DELSACK, A | 15.00 | $685.00 | $10,275.00 |
| HAMILTON, M | 7.10 | $745.00 | $5,289.50 |
| KIM, JS | 84.50 | $655.00 | $55,347.50 |
| LAURIA, T | 1.30 | $1,050.00 | $1,365.00 |
| MCGILL, K | 48.10 | $635.00 | $30,543.50 |
| MENENDEZ, F | 43.10 | $665.00 | $28,661.50 |
| MURPHY, C | 0.90 | $220.00 | $198.00 |
| NELSON, K | 36.20 | $365.00 | $13,213.00 |
| PRYOR, G | 20.40 | $950.00 | $19,380.00 |
| REDDY, V | 24.40 | $220.00 | $5,368.00 |
| TARR, D | 25.90 | $600.00 | $15,540.00 |
| VENES, A | 4.50 | $220.00 | $990.00 |
| WILLIAMS, C | 8.70 | $295.00 | $2,566.50 |
| **Category Total** | **554.70** | | **$304,724.50** |

|  | Hours | Rate | Amount |
|---|---|---|---|

## B17 Assumption/ Rejection of Contracts and Leases

|  | Hours | Rate | Amount |
|---|---|---|---|
| CHU, E Y | 6.70 | $585.00 | $3,919.50 |
| DELSACK, A | 8.80 | $685.00 | $6,028.00 |
| KIM, JS | 1.60 | $655.00 | $1,048.00 |
| MCGILL, K | 1.20 | $635.00 | $762.00 |
| MENENDEZ, F | 14.90 | $665.00 | $9,908.50 |
| NELSON, K | 7.30 | $365.00 | $2,664.50 |
| **Category Total** | **40.50** | | **$24,330.50** |

## B18 Claims Administration

|  | Hours | Rate | Amount |
|---|---|---|---|
| LAURIA, T | 4.50 | $1,050.00 | $4,725.00 |
| MCGILL, K | 16.30 | $635.00 | $10,350.50 |
| MENENDEZ, F | 20.90 | $665.00 | $13,898.50 |
| NELSON, K | 0.10 | $365.00 | $36.50 |
| PRYOR, G | 0.40 | $950.00 | $380.00 |
| RESNICOFF, M | 8.50 | $620.00 | $5,270.00 |
| **Category Total** | **50.70** | | **$34,660.50** |

## B200 Travel

|  | Hours | Rate | Amount |
|---|---|---|---|
| MCGILL, K | 6.70 | $635.00 | $4,254.50 |
| MENENDEZ, F | 6.80 | $665.00 | $4,522.00 |
| NELSON, K | 8.80 | $365.00 | $3,212.00 |
| **Category Total** | **22.30** | | **$11,988.50** |
| **Total** | **1168.10** | | **$681,484.00** |